# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140542 & (59)

WILLIAM BENSON, individually and on behalf
of CLASSIC INVESTMENTS LIMITED
PARTNERSHIP, a registered Michigan Limited
Partnership,
    Plaintiff/Counter-Defendant-
    Appellee/Cross-Appellant,

v

               SC: 140542
               COA: 285318
               Oakland CC: 02-043197-CZ

B.H. VANDERBEKE,
    Defendant/Counter-Plaintiff-
    Appellant/Cross-Appellee.
_____/

   On order of the Court, the application for leave to appeal the November 3, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk

d1018